IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                        13-cv-477-wmc

FEDERAL ELECTION COMMISSION,
HOUSE OF CONGRESS EMPLOYMENT and
CONGRESSMAN ROBERT E. ANDREWS,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as frivolous and malicious pursuant to 28 U.S.C. § 1915A(b).

| /s/ | 7/30/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |